UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                        CASE NO. 07 B 17144
  ANGIE A HARMON
  CHARLENE A BRADLEY HARMON                    CHAPTER 13

                                              JUDGE: BRUCE W BLACK

          Debtor
  SSN XXX-XX-1841      SSN XXX-XX-7385
```

---------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 09/20/07 and confirmed on 01/23/08.

   2.   The case was dismissed after confirmation, 12/19/2008.

   3.   The Debtor paid a total of $   8536.70 .

   4.   The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE | MORTGAGE ARRE | .00 | .00 | .00 |
| CNAC | SECURED VEHIC | 3500.00 | 134.20 | 1612.53 |
| HSBC AUTO FINANCE | SECURED VEHIC | 14898.33 | 775.05 | 3592.06 |
| INTERNAL REVENUE SERVICE | PRIORITY | 9520.63 | .00 | .00 |
| AMARILLO AREA HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| BAPTIST ST ANTHONY HEALT | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CHECK & GO | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST CABLE | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| ANTHONY LOMBARDI DDS | UNSECURED | NOT FILED | .00 | .00 |
| DISNEY WONDERFUL WORLD O | UNSECURED | NOT FILED | .00 | .00 |
| DOWNERS GROVE PEDIATRICS | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT RECOVERY INC | UNSECURED | NOT FILED | .00 | .00 |
| EDWARDS MANAGEMENT CORP | UNSECURED | NOT FILED | .00 | .00 |
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| HAWTHORNE CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| LIFETECH HEALTH SERVICES | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NORTH SHORE AGENCY | UNSECURED | NOT FILED | .00 | .00 |
| CAINE & WEINER | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 3993.37 | .00 | .00 |
| NORTHWEST TEXAS HEALTHCA | UNSECURED | NOT FILED | .00 | .00 |
| PEDIATRIC CRITICAL CARE | UNSECURED | NOT FILED | .00 | .00 |
| QUILL CORP | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 355.40 | .00 | .00 |

| | | | | |
|---|---|---|---|---|
| CAVALRY SPV II LLC | UNSECURED | 713.07 | .00 | .00 |
| STRAWN SUPPORT SERVICES | UNSECURED | 945.50 | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| USA PAYDAY LOANS | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 6498.15 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 1059.55 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 178.20 | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 401.28 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 783.09 | .00 | .00 |

Summary of disbursements:

----------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 18398.33 | 10580.18 | 13868.06 | .00 | 42846.57 |
| PRINCIPAL PAID | 5204.59 | .00 | .00 | .00 | 5204.59 |
| INTEREST PAID | 909.25 | .00 | .00 | .00 | 909.25 |
| TOTAL PAID | 6113.84 | .00 | .00 | .00 | 6113.84 |

The Debtor's attorney, SCHEINBAUM & WEST                , was allowed $   3000.00
and was paid $   1026.00  direct and $   1965.85  through the plan.

The Trustee received $     457.01 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


       Dated: 03/12/09                /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                           PAGE   2
         CASE NO. 07 B 17144 ANGIE A HARMON & CHARLENE A BRADLEY HARMON